# Order

**Michigan Supreme Court
Lansing, Michigan**

September 27, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

140073-5 (42)

WOODWARD PARKING COMPANY,
      Petitioner-Appellee,

v

CITY OF DETROIT,
      Respondent-Appellant.

SC: 140073-5
COA: 285073, 285074, 285075
MTT: 00-327694, 00-327758,
      00-327702

_____/

On order of the Court, the petitioner's motion objecting to the taxation of costs is DENIED pursuant to MCL 600.2445, MCR 7.219 and MCR 7.318.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2010

_____
Clerk

0920